JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BILLEY L. DOOLEY, JR.,                 ) Case No.  EDCV 10-1028-RGK (DTB)
                                       )
            Petitioner,                )
      vs.                              ) **J U D G M E N T**
                                       )
SWARTHOUT, Warden,                     )
                                       )
            Respondent.                )
                                       )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  June 8, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1